Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

GEORGE W. McKIBBIN, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 9, 1945; decided October 26, 1945.

*T. Robert Gabrielli* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Howard C. Fishbach* and *Francis J. Bloustein* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.

In the Matter of SAMUEL I. BERMAN, Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Election of the City of New York, Respondents, and GEORGE J. BELDOCK, Appellant.

Argued October 25, 1945; decided October 26, 1945.